01/12/2015 15:04 FAX                                                              002

# ELMA TERESA SALINAS ENDER
## SENIOR JUDGE

salinas.ender@southtexasadr.com

7718 McPherson Road
Suite F-104
Laredo, Texas 78045
O (956) 717-5809

P. O. Box 6282
Laredo, Texas 78042
F (956) 717-5907



January 12, 2015

**Page 1 of 2**

### BY FACISIMILE 210-335-2762

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, TX 78205-3037

RE:  NUMBER: 04-14-00615-CV, **IN RE ADAN VOLPE PROPERTIES, LTD.**, Maricela
      Volpe, General Partner and Juan A. Gonzalez.
      TRIAL COURT NO. 2003-CVF-000414-D2, Donato Volpe, Jr., Plaintiff, v Adan Volpe
      Properties, LTD. And Maricela Volpe, General Partner, Defendants

Dear Mr. Hottle:

Please find enclosed a copy of the Order vacating the trial court's order of July 1, 2014, signed
today in conformity and in compliance with the Honorable Fourth Court of Appeals
Memorandum Opinion and Order dated December 31, 2014.

We will file it by tomorrow with the Webb County District Court. Please advise us if any other
action needs to be taken.

Sincerely,

Elma Teresa Salinas Ender

ETSE/bm

| **Via Facsimile** | **Via Facsimile** | **Via Facsimile** |
|---|---|---|
| **956-550-1345** | **956-796-0399** | **956-791-9502** |
| Mr. Juan Gonzalez | Mr. Adolfo Campero | Mr. Marc A. Gonzalez |
| 1502 Meadow Wood | Mr. Christopher B. Payne | Law Office of Marc A. Gonzalez |
| Weslaco, Texas 78596 | 315 Calle Del Norte | 1308 San Agustin |
| | Suite 207 | Laredo, Texas 78040 |
| | Laredo, Texas 78041 | |

## CAUSE NO. 2003-CVF-000414-D2

| | | |
|---|---|---|
| DONATO VOLPE, JR. **Plaintiff,** | § § § § § | **IN THE DISTRICT COURT OF** |
| v. | § § § | **WEBB COUNTY, TEXAS** |
| ADAN VOLPE PROPERTIES, LTD. and MARICELA VOLPE, GENERAL PARTNER **Defendants.** | § § § § § | **111ᵗʰ JUDICIAL DISTRICT** |

## ORDER VACATING JULY 1, 2014 ORDER
### (THAT GRANTED RELIEF TO PLAINTIFF DONATO VOLPE, JR.'S AND GRANTED PLAINTIFF'S MOTION FOR CONTEMPT FOR VIOLATION OF COURT'S ORDER AND GRANTED PLAINTIFF'S MOTION TO ENFORCE/CLARIFY COURT'S ORDER)

In Compliance with the Honorable Fourth Court of Appeal's Memorandum Opinion and Order, both dated December 31, 2014, and in conformity with the rulings in the Opinion and the Order therewith, the July 1, 2014 Order granting the Plaintiff's Motion For Contempt For Violation Of Court's Order And Granted Plaintiff's Motion To Enforce/Clarify Court's Order **IS VACATED.**

SIGNED this the 12ᵀᴴ day of January, 2015

_____
Elma Teresa Salinas Ender, Senior Judge Presiding

# Fax

South Texas ADR

7718 McPherson, Ste. F-104
Laredo, Tx. 78045
T(956) 717-5809
F(956) 717-5907

TO:   Keith E. Hottle, Clerk

Fourth Court of Appeals

Fax No. (210) 335-2762

Date 01/12/15

From: Roberto A. (Bobby) Magnon

Office Manager: South Texas ADR

Judge Elma Teresa Salinas Ender

Number of Pages including Cover: 3

Regarding: Order Vacating July 1, 2014 Order

Number: 04-14-00615-CV In Re: Adan Volpe Properties, Ltd.
Maricela Volpe, General Partner and Juan A. Gonzalez

Trial Court No.. 2003-CVF-000414-D2 Donato Volpe, Jr.
Plaintiff Vs. Adan Volpe Properties, Ltd., and Maricela Volpe,
General Partner, Defendants